# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 504 TAVERN LLC, *et al.*, | ) |
| and | ) |
| Plaintiffs, | ) Case No. 4:14-cv-115-FJG |
| v. | ) |
| PHILIPP VITTI, *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO STAY 12(b)(6) PROCEEDINGS

**COME NOW** Plaintiffs, by and through counsel, and respectfully move for a stay regarding the Motion to Dismiss filed by Defendant Vitti. In support of their Motion to Stay in which to respond to Defendant Philipp Vitti's Motion to Dismiss, Plaintiffs state as follows:

1. On February 6, 2014, Plaintiffs filed their Complaint against the movant Defendant, Philipp Vitti.

2. On or about March 14, 2014, Defendant Philipp Vitti filed a Motion to Dismiss under Fed. R. Civ. Pro. 12(b).

3. Pursuant to Fed. R. Civ. Pro. 15(a)(1)(B), Plaintiffs have 21 days – until April 4, 2014 – to oppose Defendant Vitti's Rule 12(b) Motion or otherwise amend their Complaint in response to the Motion.

4. However, pursuant to local Rule, Plaintiffs' Response to Defendant's Motion to Dismiss is due in 14 days, or on March 28, 2014.

5. Plaintiffs plan to amend their Complaint. Accordingly, because of this deadline conflict, Plaintiffs respectfully request that their deadline to respond to Defendant

Vitti's Rule 12(b) Motion to Dismiss be extended to the deadline afforded to a Plaintiff under Fed. R. Civ. Pro. 15(a)(1)(B) to amend their Complaint as a matter of course.

**WHEREFORE,** for the foregoing reasons, Plaintiffs respectfully request this Court enter an Order granting Plaintiffs' Motion for a Stay with regard to Defendant Vitti's Motion to Dismiss allowing Plaintiffs until April 4, 2014, to respond to Defendant's Motion and for such other relief that the court deems just and proper.

Respectfully Submitted,

_____
Peter J. Chung     #49081
BENTON LLOYD AND CHUNG LLP
208 W 19th St
Kansas City, Missouri  64108
816.588.6825
FAX: 866.216.3649
Attorney for Plaintiffs
peter@blcfirm.com

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2014, I caused the foregoing document to be filed with the Court via the Court's CM/ECF system, which will be sent via ECF to the following counsel of record for Defendant Vitti in this matter:

Richard Rhyne
Lathrop and Gage
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
(816) 292-2000 Phone
(816) 292-2001 Fax

ATTORNEY FOR DEFENDANT


_____
ATTORNEYS FOR PLAINTIFFS